**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-35T **DATE:** June 3rd, 2005
**TITLE OF CASE:** USA v. George O'Neill

---

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Barbara Gilfillan**

**COURT REPORTER:** **Angela Reynolds**

**COURT INTERPRETER:** **N/A**

---

**COUNSEL PRESENT**

Government: Lee Vilker

Defendant: Kevin Fitzgerald

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Change of Plea Hearing**

06/03/05: All counsel of record present. Defendant is present. Probation is present. Government sets forth terms of the Plea Agreement. Defendant is sworn and questioned by the Court. Government sets forth facts of the Case. Court continues to question the Defendant. Defendant pleads guilty. Court finds the Defendant competent and accepts the plea. Defendant is adjudged guilty. Sentencing is set for September 9th, 2005 at 11:00 AM.

Recess.