**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-16-0035-002S** |
| | ) | |
| **GEORGE O'NEILL** | ) | |

---

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant George O'Neill and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that due to the seriousness of this matter, the potential lengthy prison sentence the defendant is facing and the fact that counsel was court-excused for the week of August 8, 2005 the additional time is needed to fully review and research the pre-sentence report prepared in this case. Therefore, the defendant is seeking an enlargement of time from August 19, 2005 to August 26, 2005.

Respectfully Submitted,
George O'Neill
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

I hereby certify that I caused of copy of this Motion to be delivered to AUSA Lee Vilker and USPO Dennis J. Jenkins on this the 15th day of August, 2005.