UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-35-02T** **DATE: August 19, 2005**

**TITLE: USA v. GEORGE O'NEIL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Richard Rose**

**Defendant: Kevin Fitzgerald**

**Probation: Heather McLoughlin**

*************************************************************************

**Proceedings: Violation of Pre-Trial Services Release**

**All counsel of record present. Defendant present. Probation present. Court informs defendant of violation. Defendant request continuance. Court continues hearing to August 23, 2005 at 11:30 a.m. Court orders defendant detained pending hearing on the 28th.**