985044

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

George O'Neill

**WARRANT FOR ARREST**

CASE NUMBER: CR05-35-02T

RECEIVED
AUG 18 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest George O'Neill
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Pretrial Services Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

August 18, 2005
Date and Location

Attest to True Copy
DAVID A. DiMARZIO
By

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Warwick, RI by U.S. marshals | | |
| DATE RECEIVED 08/18/2005<br>DATE OF ARREST 08/19/2005 | NAME AND TITLE OF ARRESTING OFFICER<br>CJ Wyant<br>SDUSM | SIGNATURE OF ARRESTING OFFICER |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

28