UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-35-02T** **DATE: August 23, 2005**

**TITLE: USA v. GEORGE O'NEIL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Richard Rose**

**Defendant: Kevin Fitzgerald**

**Probation: Brian Pletcher**

******************************************************************************

**Proceedings: Violation of Pre-Trial Services Release**

**All counsel of record present. Defendant present. Probation present. Court questions defendant. Defendant waives hearing and admits to the violation. Court orders defendant's bail revoked. Court orders defendant detained pending sentencing.**