UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. No. 05-35T |
| GEORGE O'NEILL | : | |

## MOTION TO RELEASE BOND

Now comes the defendant, George O'Neill, by and through his counsel, and moves this Honorable Court direct that the lien on the defendant's father's property at [illegible] t, West Warwick, Rhode Island be released.

GEORGE O'NEILL
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that on this 25th day of August, 2005, I hand-delivered a true copy of the within motion to Lee Vilker, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.