UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 05-35T

GEORGE O'NEILL :

RECEIVED
SEP 09 2005
U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**MOTION TO RELEASE BOND**

Now comes the defendant, George O'Neill, by and through his counsel, and moves this Honorable Court direct that the lien on the defendant's father's property at , West Warwick, Rhode Island be released.

GEORGE O'NEILL
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

GRANTED.

DAVID L. MARTIN
United States Magistrate Judge
September 9, 2005

CERTIFICATION

I hereby certify that on this 25th day of August, 2005, I hand-delivered a true copy of the within motion to Lee Vilker, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 9/8/05