**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

| | | |
|---|---|---|
| **CASE NUMBER:** | **CR05-35-02T** | **DATE**: September 9, 2005 |
| **TITLE OF CASE:** | USA v. George O'Neill | |
| **CHIEF JUDGE:** | **ERNEST C. TORRES** | |
| **COURTROOM CLERK:** | **Lucia Cristina Leyva** | |
| **COURT REPORTER:** | **Joseph Fontes** | |
| **COURT INTERPRETER:** | **N/A** | |
| **PROBATION:** | **Dennis Jenkins** | |

**COUNSEL PRESENT**

Government: Lee Vilker, AUSA

Defendant: Kevin J. Fitzgerald, Esq.

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. Defense objects to the increase in offense level for the possession of a firearm in connection with another felony offense. Government address stipulation that the increase should not apply. Court addresses. Government outlines chronology of events in case. Defense argues objection to calculation of offense level. Court addresses defendant's involvement with the conspiracy and the possession of the firearm. Court finds that defendant should not have been assessed the increase in offense level. Court recalculates the offense level and guideline range. Defendant allocutes. Defense argues its sentencing recommendation given the calculated guideline range. Government argues for a sentence in the middle of the guideline range. Court addresses. Court sentences defendant to 24 months incarceration as to each count, to be served concurrently. Three years supervised release as to each count, to be served concurrently. Special condition: 1. For every week not employed full time, defendant to complete 20 hours of community service as approved by U.S. Probation. Court does not impose a fine as it determines defendant has no ability to pay. Special assessment of $100.00 on each count ($200.00 total). One exhibit entered full.