AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. George G. O'Neill

CASE NUMBER: 05-35 02 T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY (GOV) | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Lee Vilker | Kevin J. Fitzgerald |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 9, 2005 | Joseph Fontes | [signature] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/9/05 | ✓ | full | H&R Block Receipt for tax filing dated 1/31/05. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Include a notation as to the location of any exhibit not held with the case file or not available because of size.**